IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB
ADC #141031                                                              PLAINTIFF

v.                            5:11-cv-46-DPM-JTR

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction, *et al.*                 DEFENDANTS

## JUDGMENT

Webb's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

3 August 2011